United States Courts
Southern District of Texas
FILED

JUN 20 2025

Nathan Ochsner, Clerk of Court

# JS 44 (Rev. 10/20) CIVIL COVER SHEET

This is a placeholder civil cover sheet for the U.S. District Court, Southern District of Texas.

Plaintiff: Nathan Edward Kenjalo, by attorney-in-fact Kenjalo, David

Defendant: Rusty Surette

Cause of Action: 42 U.S.C. § 1983 – Civil Rights Violation / Defamation / Privacy Torts

Jurisdiction: Federal Question and Diversity

Nature of Suit: 890 – Other Statutory Actions / Civil Rights

Origin: Original Proceeding (01)

Requested Relief: Equitable relief including apology, retraction, removal of defamatory content

Venue: Southern District of Texas – Houston Division

Signature: Kenjalo, David (attorney-in-fact)