# Cover Letter to Clerk of Court

Clerk of Court
United States District Court
Southern District of Texas
515 Rusk Street, Room 5300
Houston, TX 77002

June 16, 2025

RE: Verified Complaint of Nathan Edward Kenjalo, by attorney-in-fact Kenjalo, David v. Rusty Surette

To the Honorable Clerk,

Please find enclosed for filing in the United States District Court for the Southern District of Texas, Houston Division, the original Verified Complaint of Nathan Edward Kenjalo, a living man, by his lawful attorney-in-fact Kenjalo, David, against Defendant Rusty Surette.

The following items are included in this package:
-$402.00 Money Order
- Verified Complaint (with Exhibit A: Power of Attorney)
- Civil Cover Sheet (JS-44)
- Summons for Defendant Rusty Surette
- Mailing Affidavit and Supporting Materials
- Self-addressed stamped envelope for return of the filed-stamped complaint and issued summons

Please process the enclosed filing and return a filed copy in the envelope provided. I will ensure proper service of process upon the defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

Should there be any issues or fees required, please do not hesitate to contact me using the contact information below.

Thank you for your time, service, and honor.

Respectfully submitted,

Kenjalo, David
Lawful attorney-in-fact for Nathan Edward Kenjalo
Private Domicile, Texas, republic
c/o PO Box 939 Fergus Falls, Minnesota [56538] Non-Domestic, without the U.S.